In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00102-CV

_____


IN RE ELIZABETH SMITH


Original Proceeding
172nd District Court of Jefferson County, Texas
Trial Cause No. E-197802


MEMORANDUM OPINION

Elizabeth Smith, Relator, filed a petition for a writ of mandamus seeking relief from the trial court's order requiring her claims to be arbitrated. *See* Tex. R. App. P. 52.1. In her petition, Relator contends the trial court abused its discretion by compelling arbitration of her claim for legal malpractice based on a provision in a legal services agreement providing for arbitration. Smith asks this Court to compel the trial court to withdraw its order compelling arbitration. After reviewing the petition for writ of mandamus and the mandamus record that accompanied the petition, we conclude that Smith has not shown that she is entitled to mandamus

relief. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992). We deny the petition seeking mandamus relief. *See* Tex. R. App. P. 52.8.

PETITION DENIED.

PER CURIAM

Submitted on April 20, 2016
Opinion Delivered April 21, 2016

Before Kreger, Horton, and Johnson, JJ.